In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00381-CV
_____

THE CITY OF ORANGE, TEXAS AND SHAWN OUBRE, IN HIS OFFICIAL CAPACITY AS ORANGE CITY MANAGER, Appellants

V.

ORANGE ASSOCIATION OF FIREFIGHTERS, Appellee

**On Appeal from the 260th District Court**
**Orange County, Texas**
**Trial Cause No. D-120125-C**

## MEMORANDUM OPINION

The appellants, The City of Orange, Texas and Shawn Oubre, in his official capacity as Orange City Manager, filed a motion to dismiss this appeal. The motion is voluntarily made by the appellants in accordance with an agreement of the parties and prior to any decision of this Court. See Tex. R. App. P. 42.1(a). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on January 14, 2015
Opinion Delivered January 15, 2015

Before McKeithen, C.J., Horton and Johnson, JJ.